UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COALITION FOR CLEAN WATER, a
non-profit organization,

                Plaintiff,                Case No.

v.

                Lower Court Case No. 15-101900-CZ

CITY OF FLINT, a municipal entity, and CITY
OF FLINT ADMINISTRATOR, NATASHA
HENDERSON, in her official capacity,

                Defendants.
_____/

| | |
|---|---|
| Trachelle C. Young (P63330) | Anthony Chubb (P72608) |
| Attorney for Plaintiff | William Y. Kim (P76411) |
| 2501 N. Saginaw Street | CITY OF FLINT Law Department |
| Flint, MI  48505 | Attorneys for Defendants |
| (810) 239-6302 | 1101 S. Saginaw Street, 3rd Floor |
| trachelleyoung@gmail.com | Flint, MI  48502 |
| | (810) 766-7146 |
| | achubb@cityofflint.com |
| | wkim@cityofflint.com |

_____/

## INDEX OF EXHIBITS

Exhibit A:    Summons, Complaint, and Exhibits attached thereto, filed in 7th Circuit Court, State of Michigan, case no. 15-101900-CZ

Exhibit B:    Motion for Injunctive Relief

Exhibit C:    Plaintiff's Brief in Support of Motion for Injunctive Relief

S:\AChubb\Active Litigation\Civil Cases\Coalition for Clean Water v. COF, N. Henderson\REMOVAL DOCUMENTS\Notice of Removal.docx

4